UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CRYSTAL REED**                                               **CIVIL ACTION**

**VERSUS**                                                     **NO. 14-2458**

**JAMES ROGERS, WARDEN**                                       **SECTION "I"(2)**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Crystal Reed's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 29th day of December, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE